IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATALI CHIRINO GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-CV-0592-E (BK) |
| | § | |
| KILOLO KIJAKAZI, | § | |
| ACTING COMMISSIONER OF THE SSA, | § | |
| | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (Doc. 26). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED:** December 27, 2022.

Ada Brown
UNITED STATES DISTRICT JUDGE

1